[Nos. 29481-8-II; 29733-7-II.   Division Two.   February 10, 2004.]

*In the Matter of the Estate of* UNETA NEWMAN.

WILLIAM S. NEWMAN, *Appellant*, v. GREGORY B. DURR, *as Personal Representative*, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 93-4-00067-1 and 02-2-01137-0, Gordon Godfrey and F. Mark McCauley, JJ., entered September 25, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.

[No. 29687-0-II.   Division Two.   February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JANET MARIE LAGASSE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01315-5, Robert L. Harris, J., entered November 25, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 29732-9-II.   Division Two.   February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD HERMAN WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01442-2, Gary Tabor, J., entered December 10, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 29821-0-II.   Division Two.   February 10, 2004.]

DRIFTWOOD POINT MAINTENANCE CO., *Respondent*, v. ROBERT TERHUNE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07226-4, Katherine M. Stolz, J., entered January 3, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.